IN THE IOWA DISTRICT COURT FOR DICKINSON COUNTY

| ELIZABETH TODD, <br><br> PLAINTIFF, <br><br> V. <br><br> POLARIS INDUSTRIES, INC.; <br> BRANDON FREDERICK; & <br> JASON DENMAN <br><br> DEFENDANTS. | Case No. _____ <br><br> PETITION AND JURY DEMAND |
|---|---|

Comes now Plaintiff Elizabeth Todd, through her attorneys, O'BRIEN & MARQUARD, P.L.C., and for her Petition and Jury Demand states:

**Common Allegations**

1. Elizabeth Todd worked for Polaris Industries, Inc. from July 6, 2021 until October 15, 2021.

2. Ms. Todd is a woman.

3. Ms. Todd worked at Polaris through a staffing agency, Doherty Staffing.

4. Polaris Industries is a Minnesota corporation that operates a facility in Spirit Lake, Dickinson County, Iowa.

5. Brandon Frederick worked with Ms. Todd at Polaris.

6. Jason Denman supervised Ms. Todd while she worked at Polaris.

7. Between September 22, 2021 and October 5, 2021, Mr. Frederick contacted Ms. Todd over social media and asked to date her.

8. After she denied his request to date, Mr. Frederick started to harass Ms. Todd and treat her differently.

9. Ms. Todd reported this behavior to Polaris on October 6, 2021.

1

10. Mr. Denman spoke with Mr. Frederick but otherwise dismissed her concerns.

11. On October 12, 2021, Ms. Todd filed a claim with the Iowa Civil Rights Commission about how she was being treated at Polaris.

12. On October 13, 2021, Polaris gave Ms. Todd a final warning for turning to work in a different direction that her co-workers and for leering down the line.

13. On October 14 or 15, 2021, Polaris disciplined Ms. Todd for using her phone to check the time on the production floor.

14. On October 15, 2021, Polaris fired Ms. Todd.

15. Ms. Todd exhausted the administrative requirements for this action.

### Count I – Sex Discrimination

16. Ms. Todd reasserts and realleges the common allegations as if fully set forth herein.

17. Defendants treated Ms. Todd differently because of her sex.

18. Defendants' actions violate Iowa Code Chapter 216.

### Count II – Retaliation

19. Ms. Todd reasserts and realleges the common allegations as if fully set forth herein.

20. Defendants retaliated against Ms. Todd by disciplining her after she complained about a co-worker treating her differently after she refused to date him.

21. Defendants' actions violate Iowa Code Chapter 216.

Wherefore, Ms. Hansen prays this Court for its order awarding her damages for lost wages and benefits, damage to her career, mental anguish, attorney fees, costs, reinstatement, and for such other relief as is just.

### **JURY DEMAND**

Plaintiff demands trial by jury.

Respectfully submitted,

 */s/ Kelsey A.W. Marquard*
Kelsey A.W. Marquard AT0011433
O'BRIEN & MARQUARD, P.L.C.
2322 East Kimberly Road, Suite 100E
Davenport, IA 52807
563-355-6060  Telephone
563-355-6666  Facsimile
kawm@emprights.com Email
ATTORNEYS FOR PLAINTIFF

3